# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-4519
_____

ANTHONY SCAARANGELLA, JR.,

    Appellant,

v.

MOHAWK INDUSTRIES
INC./LIBERTY INSURANCE CORP.,

    Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
William R. Holley, Judge.

Date of Accident: December 21, 2017.

June 21, 2019

PER CURIAM.

    AFFIRMED.

ROBERTS, ROWE, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John J. Rahaim, II and Amie E. DeGuzman of John J. Rahaim, II, P.A., Jacksonville, for Appellant.

Edward C. Duncan, III of Law Offices of Amy L. Warpinski, Fort Myers, for Appellees.